Electronically Filed Document Case 05bk44489 Entered 01/12/2006 Filed by Ernesto Borges Description Proposed Order 1 page Page 1 of 1

Case 05-44489   Doc 30   Filed 02/15/06   Entered 02/15/06 12:37:44   Desc Main
                         Document      Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

Coleman, Rochelle Anita )   Case No. 05-44489
) Chapter 13
Debtor(s). ) Judge Schmetterer
)

## ORDER ALLOWING COMPENSATION FOR REPRESENTATION
## OF CHAPTER 13 DEBTOR

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | |
|---|---|
| $ 2200 | for legal services through confirmation of the plan. |
| $ | for legal services through conclusion of the case. |
| $ | for legal services after confirmation of the plan. |
| $ | for reimbursable expenses. |
| $ 2200 | **total fees and reimbursement allowed.** |
| ($ 400) | less payment received from debtor prior to date of application. |
| $ 1800 | **balance allowed under this order.** |

The Standing Trustee shall disburse the allowed balance as follows:

A.  1.  An initial installment of one half of the funds held by the Standing Trustee upon receipt of a file-stamped copy of this order (not including amounts for current mortgage payments), and

    2.  Subsequent monthly installments equal to one half of the regular monthly plan payment of the debtor (not including amounts for current mortgage payments), or

    3.  In the event that the case is or has been dismissed, to the extent funds are available.

B.  (Set payments under this paragraph B apply to the exclusion of paragraph A if numbers are inserted in one or both of the blanks.)

    $_____ as soon as funds are available for such payment, and

    $_____ per month until the allowed fees are paid in full.

C.  No payments on post-confirmation fees will be made until all original fees are paid.

Dated: FEB 1 5 2006

ENTER:

Bankruptcy Judge

Form Order No. 23a